# SEALED

**Office of the United States Attorney**
333 Las Vegas Blvd., South, Ste. 5000
Las Vegas, Nevada 89101
(702) 388-6336

DANIEL G. BOGDEN
United States Attorney
KATHRYN C. NEWMAN
Assistant United States Attorney
333 S. Las Vegas Boulevard
Suite 5000
Las Vegas, NV 89101
Tel: (702) 388-6583
Fax: (702) 388-5087

2013 SEP 30  P 1: 24

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| THE UNITED STATES OF AMERICA | Case No.: 2:13-cr-358-JAD-PAL |
| Plaintiff, | |
| vs. | **UNOPPOSED MOTION TO CONTINUE HEARING DATE** |
| MARIBEL LEE, | |
| Defendant. | |

The United States, by and through Daniel G. Bogden, United States Attorney, Kathryn Newman, Assistant United States Attorney, hereby files its Unopposed Motion to Continue the Hearing Date currently scheduled for October 1, 2013, at 10:30 a.m., be vacated and continued to October 18, 2013, at 10:00 a.m., or a date and time that is convenient to the Court.

This Unopposed Motion is made and based upon the following:

1. The defendant entered a signed plea agreement with the Government, which was filed with this Court in early September 2013. The Court set a date for the hearing on the arraignment, initial appearance and entry of plea on September 16, 2013.

2. Defense counsel has not been able to reach the defendant to notify her of the hearing date. Counsel believes that she may be on visiting family and traveling in Mexico at this time. The Government has no reason to believe that she is evading the hearing. The defendant has cooperated with the Government for a number of years and has met with AUSA Newman on more than one occasion.

3. Defense counsel requested the continuance. Defense counsel is out of his office today in hearings. As this case is sealed and a paper filing is required in sealed cases, the Government is filing an unopposed motion in lieu of a stipulation so to get the request for a new date before the Court as quickly as possible.

4. The additional time requested will allow defense counsel to contact his client and assure her appearance at the hearing.

5. This is the first request for a continuance of the hearing date.

Dated this 30th day of September, 2013.

DANIEL BOGDEN
UNITED STATES ATTORNEY

By: _____
KATHRYN NEWMAN
Assistant United States Attorney

## ORDER

Based upon the pending Stipulation of counsel, and good cause appearing therefore, the Court hereby ORDERS that the HEARING date in this matter currently scheduled for October 1, 2013, at 10:30 a.m., is hereby vacated and continued to the 18th day of October, 2013, at the hour of 10:00 a.m, in Courtroom 6D.

_____
UNITED STATES DISTRICT JUDGE

September 20, 2013